IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re

JOHNNY LAWRENCE BRINSON,

      Respondent.
_____/

No. C 18-0498 WHA (PR)

**ORDER OF DISMISSAL**

On March 8, 2018, the petition was dismissed with leave to file an amended petition within 28 days. Petitioner was cautioned that his failure to do so would result in the dismissal of this case without prejudice. No response has been received. Accordingly, this case is **DISMISSED** without prejudice. No reasonable jurist would find this ruling debatable or wrong. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Consequently, no certificate of appealability is warranted in this case.

The clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: June 11, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE